# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 226 MAL 2020

            Respondent   :

                           :   Petition for Allowance of Appeal

                           :   from the Order of the Superior Court

            v.   :

                           :

JOSEPH MCCABE,   :

                           :

            Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of August, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)     Is the pretrial disposition program Veterans Treatment Court controlled by Chapter 3 of the Rules of Criminal Procedure?

(2)     Was [Petitioner] impermissibly denied full benefits of the Veterans Treatment Court program, namely a dismissal of charges, based upon his inability to pay full restitution, in violation of his Fourteenth Amendment right to Due Process and Equal Protection under the United States Constitution?

      The Application by the organizations, Equal Justice Under Law, The Pennsylvania Legal Aid Network, The Pennsylvania Association of Criminal Defense Lawyers, and The Public Defender Association of Pennsylvania, to appear in addition to the American Civil Liberties Union (ACLU) as amici in support of Petitioner is **DENIED**. The Joint Brief filed with the Application will be accepted as from the ACLU only.